THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
937 N. Crescent Heights Boulevard
Los Angeles, California 90046
Phone: (323) 378-6098
Fax: (323) 378-5818
Email: Brad@JewettLawGroup.com

Attorneys for Plaintiff
EDEN SURGICAL CENTER,
a California medical corporation

MONICA M. QUINN (BAR NO. 198332)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mquinn@allenmatkins.com

Attorneys for Defendant
TENET HEALTHCARE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, C/O TENET BENEFITS ADMINISTRATION COMMITTEE, in its capacity as plan administrator,<br><br>Defendants. | Case No. CV09 07156 FMO<br><br>**STIPULATION RE: FIRST AMENDED COMPLAINT** |

[1]

STIPULATION TO AMEND COMPLAINT

THE JEWETT LAW GROUP, INC.

E550-017/00615

1   WHEREAS, Plaintiff Eden Surgical Center ("Eden") seeks to amend the
2   Complaint in this action to add Defendant Tenet Benefits Administration Committee
3   and dismiss Defendant Tenet Healthcare Corporation with prejudice;

4   WHEREAS, Defendant Tenet Healthcare Corporation does not object to Eden
5   so amending the Complaint and dismissing it from the action;

6   WHEREAS, the parties to this action agree that by stipulating to an amendment
7   of the Complaint, these defendants (collectively, "Defendants") do not admit or agree
8   that Eden has standing to bring the claims alleged in the Amended Complaint;

9   WHEREAS, the parties to this action further agree that by stipulating to an
10  amendment of the Complaint, Defendants do not admit or agree that the Amended
11  Complaint states a claim upon which relief may be granted;

12  WHEREAS, the parties to this action further agree that by stipulating to an
13  amendment of the Complaint, Defendants do not waive, and instead specifically
14  reserve, their rights to move to dismiss or otherwise object to or answer the Amended
15  Complaint on the basis of, among other things: (1) lack of standing; and/or (2) failure
16  to state a claim, upon which relief may be granted.

17  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

18  1. The First Amended Complaint attached hereto as Exhibit "1" shall replace
19  Eden's Complaint as the operative pleading in this action, in accordance with *Federal*
20  *Rules of Civil Procedure* Rule 15(a)(2). The First Amended Complaint shall be
21  deemed filed upon the Court's entry of order approving this stipulation.

22  2. Tenet Healthcare Corporation is dismissed with prejudice.

23  3. Monica M. Quinn, Esq. is authorized to accept service of the Amended
24  Summons and First Amended Complaint on behalf of Tenet Benefits Administration
25  Committee, hereby agrees to do so via U.S. Mail, and will file and serve an Answer to
26  the First Amended Complaint on behalf of Tenet Benefits Administration Committee
27  within 5 court days of service of the Amended Summons and First Amended
28  Complaint.

4. Upon receipt of the Court's Order, both parties will meet and confer on a mutually agreeable date upon which cross-motions for summary judgment will be filed.

IT IS SO STIPULATED.

Dated:  March 16, 2010          THE JEWETT LAW GROUP, INC.


By:   /S/ *Bradley E. Jewett*
     BRADLEY E. JEWETT
     Attorneys for Plaintiff
     Eden Surgical Center


Dated:  March 16, 2010          ALLEN MATKINS LECK GAMBLE
                                MALLORY & NATSIS LLP


By:   /S/ *Monica M. Quinn*
     MONICA M. QUINN
     Attorneys for Defendants
     Tenet Healthcare Corporation,
     Tenet Benefits Administration Committee