1  MONICA M. QUINN (BAR NO. 198332)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   515 South Figueroa Street, Ninth Floor
3  Los Angeles, California 90071-3309
   Phone: (213) 622-5555
4  Fax: (213) 620-8816
   E-Mail: mquinn@allenmatkins.com
5
   SAMUEL H. STEIN (BAR NO. 144117)
6  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
   1901 Avenue of the Stars, Suite 1800
7  Los Angeles, California 90067-6019
   Phone: (310) 788-2400
8  Fax: (310) 788-2410
   E-Mail: sstein@allenmatkins.com
9
   Attorneys for Defendant
10 TENET BENEFITS ADMINISTRATION
   COMMITTEE
11

12                   UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15 EDEN SURGICAL CENTER, a          Case No. CV09 07156 FMO
   California medical corporation,
16                                  **DEFENDANT TENET BENEFITS
              Plaintiff,            ADMINISTRATION COMMITTEE'S
17                                  NOTICE OF MOTION AND
       vs.                          MOTION OF FOR SUMMARY
18                                  JUDGMENT**
   TENET HEALTHCARE
19 CORPORATION, C/O TENET
   BENEFITS ADMINISTRATION
20 COMMITTEE, in its capacity as plan   Date:       June 2, 2010
   administrator; TENET BENEFITS        Time:       10:00 a.m.
21 ADMINISTRATION COMMITTEE,            Place:      Courtroom F

22            Defendants.

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

852312.01/LA

1    TO PLAINTIFF AND TO ITS ATTORNEY OF RECORD:

2    PLEASE TAKE NOTICE that on June 2, 2010, at 10:00 a.m., or as soon

3  thereafter as the matter may be heard in Courtroom F of the above-entitled court

4  located at 312 North Spring Street, Los Angeles, California, Defendant Tenet

5  Benefits Administration Committee will move for summary judgment pursuant to

6  Federal Rule of Civil Procedure 56, as follows:

7    1.    Plaintiff's claim for penalties for alleged document disclosure violations

8  under 29 U.S.C. § 1132(a)(1)(A) fails because Plaintiff does not have standing.

9    2.    Plaintiff's claim for penalties for alleged document disclosure violations

10  under 29 U.S.C. § 1132(a)(1)(A) fails because Defendant has furnished to Plaintiff all

11  documents that must be furnished under the statute.

12    3.    Plaintiff's claim for penalties for alleged document disclosure violations

13  under 29 U.S.C. § 1132(a)(1)(A) fails because no statutory penalties are warranted.

14    This Motion will be based upon this Notice of Motion and Motion, the

15  Memorandum of Points and Authorities, the Declarations of Lynn Iba and Monica

16  M. Quinn, the Statement of Uncontroverted Facts and Conclusions of Law, the

17  Request for Judicial Notice, each of which is filed concurrently herewith, the

18  complete records and files of this Court on this matter, and upon such other

19  evidence and argument as may be presented at the hearing on the Motion.

20    This Motion is made following the conference of counsel pursuant to Local

21  Rule 7-3, which took place on February 2, 2010.  Quinn Decl. ¶ 2.

22  Dated:  April 21, 2010                ALLEN MATKINS LECK GAMBLE
                                            MALLORY & NATSIS LLP
23                                         SAMUEL H. STEIN
                                           MONICA M. QUINN
24

25                                         By:      */s/ - Monica M. Quinn*
                                           MONICA M. QUINN
26                                         Attorneys for Defendant
                                           TENET BENEFITS
27                                         ADMINISTRATION COMMITTEE

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

852312.01/LA

-2-