1 THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
2 937 N. Crescent Heights Boulevard
Los Angeles, California 90046
3 Phone: (323) 378-6098
Fax: (323) 378-5818
4 E-mail: Brad@JewettLawGroup.com

5 Attorneys for Plaintiff
EDEN SURGICAL CENTER,
6 a medical corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, C/O TENET BENEFITS ADMINISTRATION COMMITTEE, in its capacity as plan administrator; TENET BENEFITS ADMINISTRATION COMMITTEE,<br><br>Defendants. | Case No. CV09-07156 FMO<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM FOR DISCLOSURE AND STATUTORY PENALTIES FOR FAILURE TO DISCLOSE UNDER 29 U.S.C. §1132(a)(1)(A)**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion for Summary Judgment; Separate Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Laurence Reich and Bradley E. Jewett; Request for Judicial Notice; Proposed Judgment; Proposed Order; Compendium of Exhibits]<br><br>Date: June 2, 2010<br>Time: 10:00 a.m.<br>Courtroom: F |

///
///
///

[1]

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

TO DEFENDANT TENET BENEFITS ADMINISTRATION COMMITTEE AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard by Courtroom F of the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California, plaintiff Eden Surgical Center ("Eden") will move and hereby moves the Court for summary judgment on the ground that there is no genuine issue as to any material fact, and that the moving party is entitled to judgment as a matter of law against defendant Tenet Benefits Administration Committee ("Tenet") for the following reasons:

Tenet Employee Benefit Plan (the "Plan") through its claims administrator PacifiCare, issued an untimely adverse benefit determination in response to a benefit claim submitted by Eden for services provided to a Tenet Plan Participant assignor. Tenet violated the Employees Retirement Income Security Act of 1974 ("ERISA"), and specifically 29 U.S.C. §1132(a)(1)(A), by failing and refusing to disclose certain documents regarding the operation of the Plan and the above-mentioned adverse benefit determination after receiving Eden's disclosure demand.

Based on Tenet's failure to comply with ERISA's disclosure provision, Eden is entitled to an order requiring Tenet immediately produce all documents involved in processing the adverse benefit determination at issue so that, if necessary, Eden will be capable of formulating an appropriate appeal.

Based on Tenet's willful failure to comply with this ERISA disclosure provision, Eden should also receive an award of statutory penalties on the claim described herein, as well as an award of attorneys' fees incurred in this action.

This motion is filed pursuant to *Federal Rules of Civil Procedure* Rule 56 and *Local Rules* 56 and 7.3, and is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Motion for Summary Judgment; the Separate Statement of Uncontroverted Facts and Conclusions of Law; the Declarations of Laurence Reich and Bradley E. Jewett; the Request for Judicial

1  Notice; the [Proposed] Judgment; the [Proposed] Order; Eden's Compendium of
2  Exhibits, all other pleadings and papers on file in this action, and upon such other
3  matters presented to the Court at the time of the hearing.

4  Dated:  April 21, 2010                             THE JEWETT LAW GROUP, INC.

                                                     By:  /S/ *Bradley E. Jewett*
                                                          BRADLEY E. JEWETT
                                                          Attorneys for Plaintiff
                                                          Eden Surgical Center