THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
937 N. Crescent Heights Boulevard
Los Angeles, California 90046
Phone: (323) 378-6098
Fax: (323) 378-5818
Email: Brad@JewettLawGroup.com

Attorneys for Plaintiff
EDEN SURGICAL CENTER,
a California medical corporation

MONICA M. QUINN (BAR NO. 198332)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mquinn@allenmatkins.com

Attorneys for Defendant
TENET BENEFITS ADMINISTRATION COMMITTEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, C/O TENET BENEFITS ADMINISTRATION COMMITTEE, in its capacity as plan administrator; TENET BENEFITS ADMINISTRATION COMMITTEE,<br><br>Defendants. | Case No. CV09 07156 FMO<br><br>**STIPULATION RE: STAY OF ACTION** |

[1]

STIPULATION TO STAY ACTION

THE JEWETT LAW GROUP, INC.

1       WHEREAS, counsel for plaintiff Eden Surgical Center ("Eden") and defendant Tenet Benefits Administration Committee ("Tenet") appeared before this Court on June 16, 2010, for hearing on the parties' cross-motions for summary judgment;

      WHEREAS, counsel and the Court discussed various options for the management of this action, taking into consideration certain appeals involving Eden now pending before the Ninth Circuit (*Eden Surgical Center v. B. Braun Medical, Inc.*, Case No. 09-56616; *Eden Surgical Center v. Rudolph Foods Company, Inc.*, Case No. 09-56626; collectively the "Appeals") and the additional briefing sought by this Court regarding the parties' cross-motions for summary judgment;

      WHEREAS, these parties agreed with the Court's suggestion that stipulating to a stay of this action until the Appeals are resolved is the most logical and efficient manner to proceed;

      THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The present action will be stayed pending resolution of the Appeals;

2. Pursuant to this stay, the parties' cross-motions for summary judgment are taken off-calendar and will be rescheduled and/or re-briefed once the stay is lifted;

3. Pursuant to this stay, all discovery will be held in abeyance and all other hearing, pre-trial and/or trial dates will be taken off-calendar.

4. Should a resolution be reached or a decision issued in either Appeal, Plaintiff's counsel agrees to notify Defendant's counsel.  Plaintiff's counsel will serve a Notice of the Status of Appeal(s) before the Ninth Circuit upon Defendant's counsel if either Appeal(s) are resolved or if the Ninth Circuit issues a decision.

5. Each party will submit briefing within 15 days of the effective date of service of the last served Notice of the Status of Appeal(s) referenced in the paragraph above.  Such briefing shall address the party's interpretation of the decision(s) in the Appeal(s), if any, and identify further briefing the Court may deem relevant to the determination of this action.  The parties' briefs will not exceed 15 pages.  Optional

1  responsive briefs shall be filed 10 days later, and will not exceed 10 pages.  No reply
2  briefs will be permitted.

3      6. The Court will schedule a status conference to address case management
4  issues after receiving the parties' above-mentioned briefing regarding the results of
5  the Appeals.

6      7. For purposes of 29 U.S.C. § 1132(c), Plaintiff agrees not to seek recovery of
7  any penalties which may accrue from June 16, 2010 through 30 days after the date of
8  the last served Notice of the Status of Appeal(s) referenced above.

9      IT IS SO STIPULATED.

11  Dated:  June 21, 2010        THE JEWETT LAW GROUP, INC.

13                                            By:  /S/ *Bradley E. Jewett*
14                                                BRADLEY E. JEWETT
                                              Attorneys for Plaintiff
15                                                Eden Surgical Center

17  Dated:  June 21, 2010        ALLEN MATKINS LECK GAMBLE
18                                                MALLORY & NATSIS LLP

20                                                By:  /S/ *Monica M. Quinn*
                                              MONICA M. QUINN
21                                                Attorneys for Defendants
                                              Tenet Benefits Administration Committee