1  THE JEWETT LAW GROUP, INC.
   BRADLEY E. JEWETT (BAR NO. 222773)
2  3047 Oakhurst Avenue
   Los Angeles, California 90034
3  Phone: (310) 876-1128
   Fax: (310) 876-1081
4  Email: Brad@JewettLawGroup.com

5  Attorneys for Plaintiff
   EDEN SURGICAL CENTER,
6  a California medical corporation

7  MONICA M. QUINN (BAR NO. 198332)
   ALLEN MATKINS LECK GAMBLE
8  MALLORY & NATSIS LLP
   515 South Figueroa Street, Ninth Floor
9  Los Angeles, California 90071-3309
   Phone: (213) 622-5555
10 Fax: (213) 620-8816
   E-Mail: mquinn@allenmatkins.com
11
   Attorneys for Defendant
12 TENET BENEFITS ADMINISTRATION COMMITTEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, C/O TENET BENEFITS ADMINISTRATION COMMITTEE, in its capacity as plan administrator; TENET BENEFITS ADMINISTRATION COMMITTEE,<br><br>Defendants. | Case No. CV09 07156 FMO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)** |

-1-

This Stipulation is entered into by and between plaintiff Eden Surgical Center ("Plaintiff") and defendant Tenet Benefits Administration Committee ("Defendant") through the parties' respective attorneys of record;

WHEREAS, Plaintiff and Defendant agree to resolve the above-entitled action in accordance with the terms of the December 2010 Settlement Agreement between them;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree as follows: The above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure.*

Dated: January 11, 2010        THE JEWETT LAW GROUP, INC.


By:  /s/ *Bradley E. Jewett*
     BRADLEY E. JEWETT
     Attorneys for Plaintiff
     Eden Surgical Center

Dated: January 11, 2010        ALLEN MATKINS LECK GAMBLE
                               MALLORY & NATSIS LLP


By:  /s/ *Monica M. Quinn*
     MONICA M. QUINN
     Attorneys for Defendant
     Tenet Benefits Administration Committee